JOSEPH ZIMIT, Respondent, v. SARAH CHAITMAN and Others, Appellants. — Motion denied. The permission to plead relates only to the matters under decision in this court and resettlement of the order is not necessary. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

SOLOMON ZWEIG, as Administrator, etc., Appellant, v. HENRY J. GLASSER, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

JENNIE BIDERMAN, an Infant, etc., by JULIUS BIDERMAN, Her Guardian ad Litem, Respondent, v. WILLIAM C. GRIMMEL and ABRAHAM H. HAMEL, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

JAMES J. CROZIER and All Others, etc., Taxpayers of the Town of Islip, Suffolk County, New York, Appellants, v. JAMES F. RICHARDSON and Others, Respondents.— In an action to enforce restitution and recovery, at the suit of a taxpayer, for collusive audit or payment, collusion is the gravamen of the action. Collusion not being proved, it is unnecessary in this action to decide the legality of the claims. The judgment is affirmed, with costs, on authority of Daly v. Haight (170 App. Div. 469). Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

ESTATES OF HAVEMEYER POINT, Respondent, v. BRITISH AMERICA ASSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

SAMUEL HANESS, Appellant, v. PAULINE HANESS, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.